IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENISHO QUINCY HOWSE,

    Plaintiff,                  No. CIV S-06-0331 DFL DAD P

    vs.

DEPUTY WALKER,

    Defendant.           ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendant's May 25, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 19, 2006 request for an extension of time is granted; and

    2. Plaintiff's June 21, 2006 opposition to defendant's May 25, 2006 motion to dismiss is deemed timely filed.

DATED: June 23, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
hows0331.36