IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENISHO QUINCY HOWSE,

      Plaintiff,                    No. CIV S-06-0331 DFL DAD P

      vs.

DEPUTY WALKER,

      Defendant.              <u>ORDER</u>

_____/

      Plaintiff, a former inmate at the Sacramento County Main Jail, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1.  The findings and recommendations filed January 24, 2007, are adopted in full;

2.  Defendant's May 25, 2006 motion to dismiss for failure to exhaust administrative remedies is granted; and

3.  This action is dismissed without prejudice.

DATED: March 26, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/hows0331.801

2